# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JESSE ARONSTEIN, Individually and on Behalf of All Others Similarly Situated,<br>  Plaintiff,<br><br>  v.<br><br>MASSACHUSETTS MUTURAL LIFE INSURANCE COMPANY,<br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 3:15-12864-MGM |

## JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff Jesse Aronstein, against the defendant Massachusetts Mutual Life Insurance Company, pursuant to the court's Findings of fact and Conclusions of law (Dkt. No. 212) and the electronic order entered this date, directing judgment for plaintiff as follows. Defendant shall pay Plaintiff the total sum of $5,093.41, which reflects $3,813.63 in compensatory damages as of November 10, 2020, plus $1,279.78 in prejudgment interest at the rate of 9.0%. Plaintiff shall also recover from Defendant costs of the action under Fed. R. Civ. P. 54(d)(1).

                                    **ROBERT M. FARRELL**,
                                    CLERK OF COURT

Dated: November 12, 2020           By /s/ *Maurice G. Lindsay*
                                    Maurice G. Lindsay
                                    Deputy Clerk